IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 8 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ANTHONY RAY ARMSTRONG, | § |
| Petitioner, | § |
| VS. | § NO. 4:06-CV-702-A |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## O R D E R

Came on for consideration the above-captioned action wherein Anthony Ray Armstrong is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On August 17, 2007, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by September 7, 2007. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United

States Magistrate Judge. Therefore,

The court ORDERS that the petition of Anthony Ray Armstrong for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and is hereby, denied.

SIGNED September 18, 2007.

/s/ John McBryde
JOHN McBRYDE
United States District Judge